UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL )
*Plaintiff,* )
)
) Case No 6:12-cv-1206
vs )
) Judge _____
PATRICK A. CAREY, P.A. )
PATRICK CAREY, FBN 558184 ) Trial by Jury Demanded
ROBERT J. RIVERA, FBN 46839 )
*Defendants,* )
)

### SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FDCPA and FCCPA

#### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1692k(d) and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

#### PARTIES

3. The Plaintiff in this lawsuit is BRIAN FARRELL, a natural person, who resides in Seminole County, Florida.

4. The Defendants in this lawsuit are as follows:

   a. PATRICK A. CAREY, P.A. (hereinafter PAC) is a Law Firm located in Orlando, Florida whose primary business is debt collection and litigation.

   b. PATRICK A. CAREY FBN: 558184 is an attorney and principal of PAC.

   c. ROBERT J. RIVERA FBN: 46839 is an attorney at PAC.

## VENUE

5. The occurrences which give rise to this action occurred in Seminole County, Florida and Plaintiff resides in Seminole County, Florida.

6. Venue is proper in the Middle District of Florida, Orlando Division.

## GENERAL ALLEGATIONS

7. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than the Defendant.

8. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than the Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family or household purposes.

9. Defendant PAC uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

10. Plaintiff received an initial communication in the form of a dunning letter from Defendant PAC, signed by PATRICK A. CAREY, on January 26, 2011.

11. In response to the collection of an alleged debt, Plaintiff sent a written response, via certified mail #7010 0290 0000 6941 2711 on February 11, 2011, in which the Plaintiff disputed the alleged debt and demanded validation thereof.

12. Plaintiff's request for validation was made within 30 days of receipt of Defendant's initial contact.

13. Defendant PAC filed suit against the Plaintiff in Seminole County Court, case number 2011-SC-001125, for which he was served with a summons and complaint, complaint signed by ROBERT J. RIVERA, and received by Plaintiff on June 06, 2011.

14. Defendants put an "Affidavit as to Account" into the state case on September 19, 2012 again attempting to collect an alleged debt, without validating the alleged debt when a request had previously been timely made and not complied with.

15. Plaintiff sent a letter titled "notice of pending lawsuit" to the Defendants, dated April 23, 2012, sent certified mail #7011 0160 0001 0042 6774, trying to resolve this matter, but did not receive any response from the Defendant.

16. Plaintiff sent a 2nd "notice of pending lawsuit" to the Defendants, dated July 24, 2012, and sent certified letter # 7011 0110 0001 0505 8877, again trying to resolve this matter, but to no avail.

## Count I

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 et. seq. BY DEFENDANTS PAC, PATRICK A. CAREY and ROBERT J. RIVERA

17. Paragraphs 1 through 16 are re-alleged as though fully set forth herein.

18. Plaintiff is a consumer within the meaning of 15 U.S.C. §1692a(3).

19. Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA are debt collectors within the meaning of 15 U.S.C. §1692a(6).

20. Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated the

**FDCPA.**

21. All Defendants acted in various capacities in violation of the FDCPA by doing the following :

> (a.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692e(2) by the false representation of the character, amount, or legal status of the alleged debt.
>
> (b.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692e(10) by the use of a false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer by misrepresenting the amount of the alleged debt.
>
> (c.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692f(1) by attempting to collect an amount not authorized by the agreement creating the alleged debt or permitted by law.
>
> (d.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692g(b) by continuing to collect the alleged debt without having first provided validation of the alleged debt, after receiving a written notice from the Plaintiff disputing the alleged debt.

WHEREFORE, Plaintiff demands judgment for damages <u>against each and every Defendant</u> for statutory damages of $1000.00, actual damages as they may occur, pursuant to 15 U.S.C. §1692k, any attorney's fees, and costs.

## Count II

### VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS PAC, PATRICK A. CAREY and ROBERT J. RIVERA

22. Paragraphs 1 through 21 are re-alleged as though fully set forth herein.

23. Plaintiff is a consumer within the meaning of §559.55(2).

24. PAC, PATRICK A. CAREY and ROBERT J. RIVERA are debt collectors within the meaning of §559.55(6).

25. PAC, PATRICK A. CAREY and ROBERT J. RIVERA violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

WHEREFORE, Plaintiff demands judgment for damages <u>against each and every Defendant</u> for statutory damages of $1000.00, actual damages as they may occur, pursuant to Fla.Stat. §559.77, any attorney's fees, and costs.

Dated: October 24, 2012

Respectfully Submitted,

*Brian Farrell*

BRIAN FARRELL
106 Clear Lake Circle
Sanford, Florida 32773
321-662-7627
brian_farrell7@yahoo.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed October 24, 2012

*Brian Farrell*
Brian Farrell

Patrick A. Carey
Patrick A. Carey, P.A.
10967 Lake Underhill Rd., Unit 125
Orlando, FL 32825

Counsel of Record for the Defendants
Patrick A. Carey, P.A.
Patrick A. Carey
Robert J. Rivera