**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN FARRELL,**

                **Plaintiff,**

**-vs-**                                                                  **Case No. 6:12-cv-1206-Orl-28DAB**

**PATRICK A. CAREY, P.A., PATRICK**
**CAREY, ROBERT J. RIVERA,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR EXTENSION OF TIME (Doc. No. 11)
>
> **FILED:** October 24, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice, for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2012.

                                                         *David A. Baker*

                                                  DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties