# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRIAN FARRELL,**

                      **Plaintiff,**

**-vs-**                                               **Case No. 6:12-cv-1206-Orl-28DAB**

**PATRICK A. CAREY, P.A., PATRICK CAREY, ROBERT J. RIVERA,**

                      **Defendants.**

_____

## REPORT AND RECOMMENDATION AND ORDER

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS COMPLAINT (Doc. No. 8)**
>
> **FILED:** October 11, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

> **MOTION:** **AMENDED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AS TO MOTION TO DISMISS (Doc. No. 17)**
>
> **FILED:** October 29, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Defendants seek dismissal of the Complaint; however, that pleading has been superceded by the filing of a First Amended Complaint (Doc. 7). As such, the motion to dismiss and the motion for an extension of time to respond to the motion to dismiss are both moot.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. No. 10)** |
| **FILED:** | October 24, 2012 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Although the motion notes that it is opposed, leave is to be freely given and no prejudice appears. To the extent Defendants have objections that relate to the merits of the pleading, such can be addressed by proper motion. The Clerk should be directed to docket the Second Amended Complaint as a separate document.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 30, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy