**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN FARRELL,**

      **Plaintiff,**

**-vs-**                                  **Case No. 6:12-cv-1206-Orl-28DAB**

**PATRICK A. CAREY, P.A., PATRICK CAREY, ROBERT J. RIVERA,**

      **Defendants.**
_____

## ORDER

This case is before the Court on Defendants' Motion to Dismiss (Doc. No. 8) filed October 11, 2012, and Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 10) filed October 24, 2012. The United States Magistrate Judge has submitted a report recommending that the Motion to Dismiss be denied as moot and the Motion to File a Second Amended Complaint be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 30, 2012 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Dismiss (Doc. No. 8) is **DENIED as moot.**

3. Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. No. 10) is **GRANTED**.

4. The Clerk of the Court is directed to file the Second Amended Complaint filed at docket entry 10-1, as a separate docket entry.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party